UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-2635

VIRGINIA MCDONALD,

Petitioner,

versus

DANTE COAL COMPANY (Badger Coal Company);
DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(95-2029-BLA)

Submitted: August 18, 1998        Decided: January 26, 1999

Before WIDENER and ERVIN, Circuit Judges, and HALL, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

George Daniel Blizzard, II, SHAFFER & SHAFFER, Madison, West Vir-
ginia, for Petitioner. William Steele Mattingly, JACKSON & KELLY,
Morgantown, West Virginia; Patricia May Nece, J. Matthew McCracken,
UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Virginia McDonald seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1997).  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm on the reasoning of the Board.  <u>McDonald v. Dante Coal Company</u>, BRB No. 95-2029-BLA (B.R.B. Sept. 26, 1997).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>